# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                     CASE NO.  3:06CR14LAC

BUFORD LAVERNE RICE

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  May 8, 2006
Motion/Pleadings:  MOTION TO DISMISS INDICTMENT
Filed by GOVERNMENT       on 5/5/06       Doc.# 15
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated  _____ Joint Pldg.
_____ Unopposed  _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                                Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 9th day of May, 2006, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

_____

_____

                                                                       *s/L.A. Collier*
                                                                       ***LACEY A. COLLIER***
                                                *Senior United States District Judge*

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____
_____
_____

Document No.